## 22718. KRAMER v. THE STATE.

MacINTYRE, J. This case is controlled by the decision in the companion case of *Fischer* v. *State*, 46 *Ga. App.* 207.

*Judgment affirmed. Broyles, C. J., concurs. Hooper, J., dissents.*

DECIDED DECEMBER 24, 1932.

*Aaron Kravitch,* for plaintiff in error.

*Walter C. Hartridge, Julian Hartridge, solicitors-general,* contra.